Opinion issued October 30, 2008 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00676-CR

____________


ROBERT NORRIS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 6 

Harris County, Texas

Trial Court Cause No. 1124550






MEMORANDUM OPINION

 Because the reporter's record had not been filed, and because no attorney
had made appearance on appellant's behalf, we abated this appeal and ordered a
hearing in the trial court. Among the issues the trial judge was to consider was
whether appellant desired to prosecute the appeal. 

 In response to our order of abatement, appellant (1) has filed a motion to
dismiss the above-referenced appeal. The motion complies with the Texas Rules of
Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We order the appeal reinstated, and we grant the motion. Accordingly, the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b). 
1. Appellant Robert Norris and his counsel have both signed the motion to
dismiss.